AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5   7 7 0 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

NOV 0 8 2005

_____        _____
(Date forms issued)                        (Signature of Party or their Representative)

_____
DAVID L. FINGER

(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action