IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WWTS B.V., INEXT HOLDING B.V., DIGINEXT B.V. and MULTINEXT B.V., <br><br>  Plaintiffs, <br><br> v. <br><br> SMITH MICRO SOFTWARE, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-770 GMS ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties and subject to the approval of the Court, that the time by which defendant Smith Micro Software, Inc. shall answer, move, or otherwise respond to plaintiffs' complaint is hereby extended to and including December 6, 2005. The purpose of this stipulation is to provide defendant with sufficient time to consider its response in light of the recent holiday.

FINGER & SLANINA, LLC

/s/ David L. Finger
David L. Finger #2556
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
(302) 884-6766
dfinger@delawgroup.com

*Attorneys for Plaintiffs*
*WWTS B.V., Inext Holding B.V.,*
*Diginext B.V. and Multinext B.V.*

MORRIS JAMES HITCHENS & WILLIAMS LLP

/s/ Lewis H. Lazarus
Lewis H. Lazarus # 2374
Matthew F. Linter #4371
Patricia R. Uhlenbrock #4011
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
llazarus@morrisjames.com

*Attorneys for Defendant*
*Smith Micro Software, Inc.*

**SO ORDERED** this ____ day of _____, 2005.

_____
Honorable Gregory M. Sleet