IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WTTS B.V., INEXT HOLDING B.V., DIGINEXT B.V., and MULTINEXT B.V., <br><br>Plaintiffs,<br><br>v.<br><br>SMITH MICRO SOFTWARE, INC.<br><br>Defendant. | Case No. 05770-GMS <br><br> Jury Trial Demanded |

## MOTION TO FILE ANSWER AND COUNTERCLAIMS UNDER SEAL

Defendant Smith Micro Software, Inc. hereby moves for an Order permitting it to file its Answer and Counterclaims in the above-captioned action under seal. This motion is necessary because the Answer and Counterclaims contain information that plaintiffs designated as highly confidential and that was obtained from documents produced by plaintiffs pursuant to a Confidentiality Agreement between the parties. Plaintiffs' counsel has informed defendant's counsel that plaintiffs do not object to this motion. Defendant's Answer to the Complaint is due today and plaintiffs' counsel has graciously agreed to extend the time for the Answer by one day pending the Court's decision on this motion.

WHEREFORE, defendant respectfully requests entry of the attached Order permitting it to file its Answer and Counterclaims under seal.

                    MORRIS, JAMES, HITCHENS &
                    WILLIAMS LLP

Dated: December 6, 2005

                    */s/ Patricia R. Uhlenbrock*
                    Lewis L. Lazarus (I.D. No. 2374)
                    Matthew F. Lintner (I.D. No. 4371)
                    Patricia R. Uhlenbrock (I.D. No. 4011)
                    222 Delaware Avenue, 10th Floor
                    P.O. Box 2306
                    Wilmington, DE 19899
                    (302) 888-6800
                    Attorneys for Defendant Smith Micro Corporation

Of Counsel:

Kathleen Lowe
Dorsey & Whitney LLP
38 Technology Drive
Irvine, CA 92618
Tel. (949) 932-3666
Fax (949) 932-3601
email: lowe.kathlene@dorsey.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2005, I electronically filed the foregoing document, **MOTION TO FILE ANSWER AND COUNTERCLAIMS UNDER SEAL**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>David L. Finger, Esquire
>Finger & Slanina, LLC
>One Commerce Center
>1201 Orange Street, Suite 725
>Wilmington, DE  19801-1155

>/s/ *Patricia R. Uhlenbrock*
>Patricia R. Uhlenbrock (#4011)
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, Delaware 19801
>(302) 888-6800
>**puhlenbrock@morrisjames.com**

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WTTS B.V., INEXT HOLDING B.V., DIGINEXT B.V., and MULTINEXT B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH MICRO SOFTWARE, INC.<br><br>Defendant. | Case No. 05770-GMS<br><br>Jury Trial Demanded |

## ORDER GRANTING LEAVE TO FILE ANSWER AND COUNTERCLAIMS UNDER SEAL

The Court, having considered Smith Micro Software, Inc.'s Motion to File its Answer and Counterclaims Under Seal,

IT IS HEREBY ORDERED this ___ day of December, 2005, that

1. Defendant's motion is GRANTED.

2. Defendant is hereby permitted to file its Answer and Counterclaims under seal.

3. Defendant shall file a public version of its Answer and Counterclaims within 5 business days of the filing of its Answer and Counterclaims as directed by the Court's Administrative Procedures Governing Filing and Service by Electronic Means.

_____
United States District Judge

1317851/1