IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WTTS B.V., INEXT HOLDING B.V., DIGINEXT B.V., and MULTINEXT B.V., <br><br>Plaintiffs,<br><br>v.<br><br>SMITH MICRO SOFTWARE, INC.<br><br>Defendant. | Case No. 05770-GMS<br><br>Jury Trial Demanded |

## SMITH MICRO SOFTWARE, INC.'S
## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Smith Micro Software, Inc. ("Smith Micro"), by and through its undersigned counsel, states as follows:

1. Smith Micro has no parent corporation.

2. There is no publicly held corporation that owns 10% or more of Smith Micro's stock.

Dated: December 8, 2005

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

/s/ Patricia R. Uhlenbrock

Lewis H. Lazarus (I.D. No. 2374)
Matthew F. Lintner (I.D. No. 4371)
Patricia R. Uhlenbrock (I.D. No. 4011)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Attorneys for Defendant Smith Micro Corporation

OF COUNSEL:

DORSEY & WHITNEY LLP

Kathleen Lowe
38 Technology Drive
Irvine, CA 92618
Tel. (949) 932-3666
Fax (949) 932-3601
email: lowe.kathlene@dorsey.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2005, I electronically filed the foregoing document, **SMITH MICRO SOFTWARE, INC.'S DISCLOSURE STATEMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record for the plaintiffs listed below.

> David L. Finger, Esquire
> Finger & Slanina, LLC
> One Commerce Center
> 1201 Orange Street, Suite 725
> Wilmington, DE 19801-1155

*/s/ Patricia A. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
**puhlenbrock@morrisjames.com**

Attorneys for Defendant

1318559/2