IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WWTS B.V., INEXT HOLDING B.V., DIGINEXT B.V. and MULTINEXT B.V., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  05-770 GMS |
| SMITH MICRO SOFTWARE, INC. | ) ) ) | |
| Defendant. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of the following attorney to represent the plaintiffs in this matter:

>David T. Azrin, Esq.
>Gallet Dreyer & Berkey, LLP
>845 Third Avenue – 8th Floor
>New York, NY 10022
>(212) 935-3131

Dated: December 13, 2005

>Respectfully submitted,
>
>*/s/ David L. Finger*_____
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>1201 Orange Street, Suite 275
>Wilmington, DE 19801
>(302) 884-6766
>Attorney for Plaintiffs

1

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED this ____ day of _____, 2005, that counsel's motion for admission pro hac vice is granted.

_____
Sleet, J.

## CERTIFICATE OF SERVICE

I, David L. Finger, hereby certify that on this 13th day of December, 2005, I electronically filed a copy of the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Lewis H. Lazarus, Esq.
>Matthew F. Lintner, Esq.
>PatriciaR. Uhlenbrock, Esq.
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10[th] floor
>Wilmington, DE  19801

>/s/ David L. Finger
>David L. Finger (DE Bar ID #2556)
>Finger & Slanina, LLC
>1201 Orange Street, Suite 275
>Wilmington, DE 19801
>(302) 884-6766