## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of New York, Florida and New Jersey. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 8, 2005

_____
David T. Azrin, Esq.
Gallet Dreyer & Berkey, LLP
845 Third Avenue – 8th Floor
New York, NY 10022
Tel. (212) 935-3131
Fax (212) 935-4514
Email: dta@gdblaw.com