IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WWTS B.V., INEXT HOLDING B.V., DIGINEXT B.V. and MULTINEXT B.V., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-770 GMS ) |
| v. | ) ) **JOINT DISMISSAL** |
| SMITH MICRO SOFTWARE, INC. | ) **WITH PREJUDICE** ) |
| Defendant. | ) ) |

    Plaintiffs/Counterclaim Respondents, WWTS B.V., Inext Holding B.V., Diginext B.V., and Multinext B.V., and Defendant/Counterclaimant, Smith Micro Software, Inc., hereby jointly dismiss their claims against each other in this lawsuit with prejudice, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| David L. Finger (#2556) | Lewis H. Lazarus (#2374) |
| Finger & Slanina, LLC | Morris, James, Hitchens & Williams, LLP |
| One Commerce Center | 222 Delaware Avenue, 10th Floor |
| 1201 Orange Street, Suite 725 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 888-6800 |
| (302) 884-6766 | llazarus@morrisjames.com |
| dfinger@delawgroup.com | Attorneys for Defendant/ |
| Attorneys for Plaintiffs/Counterclaim | Counterclaimant, Smith |
| Respondents, WTTS B.V., Inext Holding B.V., | Micro Software, Inc. |
| Diginext B.V., and Multinext B.V. | |

DATED:   May 3, 2006

### ORDER OF DISMISSAL

    Pursuant to the foregoing stipulation, this action is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

    SO ORDERED this _____ day of _____, 2006.

_____
Honorable Gregory M. Sleet